Certificate Number: 14912-CAC-DE-037276399

Bankruptcy Case Number: 23-11053



14912-CAC-DE-037276399

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2023, at 2:40 o'clock PM EDT, Bobby Borisov completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   March 20, 2023           By:   /s/Jai Bhatt

                                 Name: Jai Bhatt

                                 Title: Counselor