| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

# United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Bobby Borisov<br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-11053<br>CHAPTER: Chapter 7<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 04/03/2023    Bobby Borisov    *[Signature]*
                    Printed name of Debtor 1    Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                Printed name of Debtor 2    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    **F 1002-1.EMP.INCOME.DEC**

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement  *** DUPLICATE *** | Direct Deposit  99309417 |
|---|---|---|

| Recipient | TOMCHO D | | | ID | 1642575 | |
|---|---|---|---|---|---|---|
| Payee/Provider | Bobby Borisov | | | ID | 002500130 | |
| Service Period: | 01/01/2023 to 01/15/2023 | | **Deductions** | **Current** | **YTD** | |
| Timesheet # | 4150430629 | | Federal | $ 0.00 | $ 0.00 | |
| | | | State | $ 0.00 | $ 0.00 | |
| Process Date: | 01/19/2023 | | FICA | $ 76.89 | $ 150.89 | |
| Pay Rate: | $16.00 | | Medicare | $ 17.98 | $ 35.29 | |
| Hours Submitted | H 77 | M 31 | SDI/DIEC | $ 11.16 | $ 21.90 | |
| Hours Not Paid | H 00 | M 00 | | | | |
| Total Hours Paid | H 77 | M 31 | | | | |
| Travel Hours | H | M | | | | |
| Overtime Hours | H 00 | M 00 | | | | |
| Sick Leave Hours | H | M | | | | |
| | **Current** | **YTD** | | | | |
| Regular* | $ 1,240.27 | $ 2,433.77 | | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | | |
| Travel | $ 0.00 | $ 0.00 | | | | |
| Overtime | $ 0.00 | $ 0.00 | | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | | |
| **Total Gross** | $ 1,240.27 | $ 2,433.77 | | | | |
| **Net Pay** | $ 1,134.24 | $ 2,225.69 | **Total Deductions** | $ 106.03 | $ 208.08 | |

*Includes Overtime Hours at regular rate.  Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement  * DUPLICATE * | Direct Deposit 99560366 |
|---|---|---|

| Recipient | TOMCHO D | | | ID 1642575 | |
|---|---|---|---|---|---|
| Payee/Provider | Bobby Borisov | | | ID 002500130 | |
| Service Period: | 01/16/2023 to 01/31/2023 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4151639804 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 02/03/2023 | | State | $ 0.00 | $ 0.00 |
| | | | FICA | $ 76.39 | $ 227.28 |
| Pay Rate: | $16.00 | | Medicare | $ 17.86 | $ 53.15 |
| Hours Submitted | H 77 | M 00 | SDI/DIEC | $ 11.09 | $ 32.99 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 77 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | | | |
| Sick Leave Hours | H | M | | | |
| | **Current** | **YTD** | | | |
| Regular* | $ 1,232.00 | $ 3,665.77 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 0.00 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | $ 1,232.00 | $ 3,665.77 | | | |
| **Net Pay** | $ 1,126.66 | $ 3,352.35 | **Total Deductions** | $ 105.34 | $ 313.42 |

*Includes Overtime Hours at regular rate.  Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement <br> **\* DUPLICATE \*** | Direct Deposit <br> 99378450 |
|---|---|---|

| Recipient | TOMCHO D | | | ID 1642575 | |
|---|---|---|---|---|---|
| Payee/Provider | Bobby Borisov | | | ID 002500130 | |
| Service Period: | 02/01/2023 to 02/15/2023 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4152762589 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 02/17/2023 | | State | $ 0.00 | $ 0.00 |
| | | | FICA | $ 90.55 | $ 317.83 |
| Pay Rate: | $16.00 | | Medicare | $ 21.18 | $ 74.33 |
| Hours Submitted | H 90 | M 17 | SDI/DIEC | $ 13.15 | $ 46.14 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 90 | M 17 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 02 | M 00 | | | |
| Sick Leave Hours | H | M | | | |
| | **Current** | **YTD** | | | |
| Regular* | $ 1,444.53 | $ 5,110.30 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 16.00 | $ 16.00 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | $ 1,460.53 | $ 5,126.30 | | | |
| **Net Pay** | $ 1,335.65 | $ 4,688.00 | **Total Deductions** | $ 124.88 | $ 438.30 |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement<br>* DUPLICATE * | Direct Deposit<br>99689470 |
|---|---|---|

| Recipient | TOMCHO D | | | | ID 1642575 | |
|---|---|---|---|---|---|---|
| Payee/Provider | Bobby Borisov | | | | ID 002500130 | |
| Service Period: | 02/16/2023 to 02/28/2023 | | **Deductions** | | **Current** | **YTD** |
| Timesheet # | 4153901846 | | Federal | | $ 0.00 | $ 0.00 |
| Process Date: | 03/03/2023 | | State | | $ 0.00 | $ 0.00 |
| Pay Rate: | $16.00 | | FICA | | $ 97.96 | $ 415.79 |
| Hours Submitted | H 91 | M 00 | Medicare | | $ 22.91 | $ 97.24 |
| Hours Not Paid | H 00 | M 00 | SDI/DIEC | | $ 14.22 | $ 60.36 |
| Total Hours Paid | H 91 | M 00 | | | | |
| Travel Hours | H | M | | | | |
| Overtime Hours | H 15 | M 30 | | | | |
| Sick Leave Hours | H | M | | | | |
| | **Current** | **YTD** | | | | |
| Regular* | $ 1,456.00 | $ 6,566.30 | | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | | |
| Travel | $ 0.00 | $ 0.00 | | | | |
| Overtime | $ 124.00 | $ 140.00 | | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | | |
| **Total Gross** | **$ 1,580.00** | **$ 6,706.30** | | | | |
| **Net Pay** | **$ 1,444.91** | **$ 6,132.91** | **Total Deductions** | | **$ 135.09** | **$ 573.39** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.