**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92660
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

**FILED & ENTERED**

**FEB 26 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY moser    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re; <br><br> BOBBY BORISOV <br><br> Debtor. | Case No: 6:23-bk-11053-RB <br><br> Chapter 7 <br><br> **ORDER ON DEBTOR'S MOTION FOR ORDER REOPENING CLOSED CASE TO FILE A MOTION TO AVOID A JUDICIAL LIEN UNDER 11 U.S.C. §522(f)** <br><br> [No hearing date required] |

On February 23, 2024, the Debtor filed a motion for an order reopening his Chapter 7 case in order to file a motion to avoid lien (docket #21). For good cause shown, it is hereby ordered as follows:

///

///

///

///

///

///

///

1

1. The motion is granted and Debtor's case is reopened;
2. The Debtor may file a motion to avoid lien.

### 

Date: February 26, 2024

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

NEXUS BANKRUPTCY
3090 Bristol Street, Suite 400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054

2