United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-11053-RB |
| Bobby Borisov | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 26, 2024 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Bobby Borisov, 7251 Stockyard, Riverside, CA 92507-0189 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Bobby Borisov bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Karl T Anderson (TR) | vinland@live.com  kanderson@ecf.axosfs.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92660
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

**FILED & ENTERED**

FEB 26 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re;

BOBBY BORISOV

          Debtor.

Case No: 6:23-bk-11053-RB

Chapter 7

**ORDER ON DEBTOR'S MOTION FOR ORDER REOPENING CLOSED CASE TO FILE A MOTION TO AVOID A JUDICIAL LIEN UNDER 11 U.S.C. §522(f)**

[No hearing date required]

      On February 23, 2024, the Debtor filed a motion for an order reopening his Chapter 7 case in order to file a motion to avoid lien (docket #21). For good cause shown, it is hereby ordered as follows:

///

///

///

///

///

///

///

1

1. The motion is granted and Debtor's case is reopened;

2. The Debtor may file a motion to avoid lien.

###

Date: February 26, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

NEXUS BANKRUPTCY
3090 Bristol Street, Suite 400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054

2