| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>BOBBY BORISOV,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-11053-RB<br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY<br>REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 03/05/2024___ Movant(s) filed a motion or application (Motion) entitled: MOTION TO AVOID LIEN UNDER 11 U.S.C. §522(f) (REAL PROPERTY)

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 03/05/2024___ Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17__ days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 03/22/2024          /s/Benjamin Heston
                         Signature


                         Benjamin Heston
                         Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016          Page 2          F 9013-1.2.NO.REQUEST.HEARING.DEC

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**BOBBY BORISOV,** | CASE NUMBER: **6:23-bk-11053-RB**<br><br>CHAPTER 7 |
|---|---|
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** |
| Debtor(s). | [No hearing required unless requested under LBR 9013-1(o)] |

| **Creditor Name:    RYAN STURGEON AND BENITO VELAZQUEZ-ANGEL** |
|---|

**TO THE CREDITOR, ATTORNEY FOR CREDITOR, AND OTHER INTERESTED PARTIES:**

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (i.e., without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

3. Type of Case:
   a. ☑ A voluntary petition under Chapter    ☑ 7  ☐ 11  ☐ 12  ☐ 13 was filed on:  **3/19/2023**
   b. ☐ An involuntary petition under Chapter    ☐ 7  ☐ 11 was filed on:  _____
      ☐ An order of relief under Chapter    ☐ 7  ☐ 11 was entered on:  _____
   c. ☐ An order of conversion to Chapter    ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on:  _____
   d. ☐ Other:  _____

4. Procedural Status:
   a. ☑ Name of trustee appointed *(if any)*: **Karl T. Anderson**  _____
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:  _____

| *"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*<br>*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.* |
|---|

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. Debtor claims an exemption in the subject real property under:
   a. ☒ California Code of Civil Procedure §704.730 (Homestead): Exemption amount claimed on schedules: **$615,000**
   b. ☐ California Code of Civil Procedure § __ Exemption amount claimed on schedules: $__
   c. ☐ Other statute *(specify)*: _____

6. Debtor's entitlement to an exemption is impaired by judicial lien, the details of the lien are as follows:
   a. Date of entry of judgment *(specify)*: **5/5/2022**
   b. Case name *(specify)*: **Sturgeon, Velazquez-Angel v. Borisov, et al**
   c. Name of court: **Los Angeles Superior Court**
   d. Docket number *(specify)* **20STCV18952**
   e. Date *(specify)*: **5/24/2022** and place of recordation of lien *(specify)*: **Official Records of the County of Riverside**
   f. Recorder's instrument number *(specify)*: **2022-0284208**

7. The property claimed to be exempt is as follows:
   a. Street address, city, county and state, where located, *(specify)*: **7251 Stockyard Road, Riverside, CA 92507**

   b. Legal description *(specify)*: **Lot 87 of Tract No. 29598, in the unincorporated area of the County of Riverside, State of California, as filed in Book 457, Pages 51 through 65 of Maps, in the office of the County Recorder of said County ("Map")**

                                                                              ☐ See attached page

8. Debtor acquired the property claimed exempt on the following date *(specify)*: **6/3/2019**

9. Debtor alleges that the fair market value of the property claimed exempt is: **$795,000**

10. The subject property is encumbered with the following liens (*list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion*):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Shellpoint Mortgage Servicing | ☐ | 6/3/2019 | $496,371.00 | $475,465.57 | 3/3/2023 |
| Sturgeon, Velazquez-Angel | ☒ | 5/24/2022 | $747,479.86 | $812,602.76 | 3/19/2023 |

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):
    a. ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor
    b. ☒ ~~Appraisal of the property~~ Comparative market analysis
    c. ☒ Documents showing current balance due as to the liens specified in paragraph 10 above
    d. ☒ Recorded Abstract of Judgment
    e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
    f. ☒ Declaration of Debtor
    g. ☐ Other *(specify)*:

12. Total number of attached pages of supporting documentation: **56**

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                     Page 2                     **F 4003-2.1.AVOID.LIEN.RP.MOTION**

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.

Date:   **3/4/2024**

_____
Signature of Debtor
**Bobby Borisov**
_____
Printed name of Debtor

Date:   **3/4/2024**

_____
Signature of Attorney for Debtor
**Benjamin Heston**
_____
Printed name of Attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                    Page 3                          F 4003-2.1.AVOID.LIEN.RP.MOTION

## ATTACHMENT TO MOTION/ORDER
### (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer: Ryan Sturgeon & Benito Velazquez-Angel**

2. **Subject Lien:** Date and place of recordation of lien (*specify*): **5/24/2022, Official Records of Riverside County**
   Recorders instrument number or document recording number: **2022-0284208**

3. **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:

   Street address: **7251 Stockyard Road, Riverside, CA 92507**

   Legal description:

   **Lot 87 of Tract No. 29598, in the unincorporated area of the County of Riverside, State of California, as filed in Book 457, Pages 51 through 65 of Maps, in the office of the County Recorder of said County ("Map")**

   ☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral:.......................................................................................... **$795,000.00**
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: ................................................................. (**$475,465.57**)
      (2) Second lien: ............................................................ (**$___**)
      (3) Third lien: ............................................................... (**$___**)
      (4) Additional senior liens (*attach list*): ............................ (**$___**)
   c. Amount of Debtor's exemption(s): ......................................... (**$615,000.00**)
   d. Subtotal: ................................................................................................ (**$1,090,465.57**)
   e. Secured Claim Amount (negative results should be listed as -$0-): .............. (**-$0-**)

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

**Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                         Page 4                         **F 4003-2.1.AVOID.LIEN.RP.MOTION**

# EXHIBIT A

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Bobby**      **Borisov** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **Central District of California** |
| Case number (if known) | **6:23-bk-11053-RB** |

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>7251 Stockyard Riverside, CA 92507-0189<br><br>Line from *Schedule A/B*:  1.1 | $795,000.00 | ☑ $615,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| Brief description:<br>2019 Mercedes-Benz Metris<br><br>Line from *Schedule A/B*:  3.1 | $25,000.00 | ☑ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☑ No

        ☐ Yes

| Debtor 1 | **Bobby** | | **Borisov** | | Case number *(if known)* 6:23-bk-11053-RB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td style="background:#444;color:#fff">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Household goods and furnishings<br>Line from *Schedule A/B:*   6 | $3,500.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description:<br>Electronics<br>Line from *Schedule A/B:*   7 | $2,700.00 | ☑ $2,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description:<br>Clothes<br>Line from *Schedule A/B:*   11 | $1,860.00 | ☑ $1,860.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description:<br>Jewelry<br>Line from *Schedule A/B:*   12 | $7,900.00 | ☑ $7,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Brief description:<br>Pets<br>Line from *Schedule A/B:*   13 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description:<br>Citibank<br>Checking account<br>Line from *Schedule A/B:*   17 | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) |
| Brief description:<br>Citibank<br>Savings account<br>Line from *Schedule A/B:*   17 | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) |

# EXHIBIT B

NEXUS BANKRUPTCY
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: (949) 312-1377
Fax: (949) 288-2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re:

BOBBY BORISOV,

      Debtor.

Case No.: 6:23-bk-11053-RB

Chapter 7

**DECLARATION OF CHARLES LE RE: DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C §522(f) [REAL PROPERTY]**

## <u>DECLARATION OF CHARLES LE</u>

I, Charles Le, declare as follows:

1. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I am a real estate broker with an active license from the California Bureau of Real Estate. Attached hereto is a true and correct copy of my licensure information and qualifications obtained from the website for the California Bureau of Real Estate.

3. On January 18, 2024, I prepared a comparative market analysis of the Property located at 7251 Stockyard Road, Riverside, California 92507. Attached hereto is a true and correct copy of the report that I prepared.

1    4. Based on the factors outlined in the report, such as comparable sales and the

2       condition of the Subject Property, I believe that the Subject Property had a fair

3       market value of approximately $745,000 to $795,000.

4    5. Given that the real estate market has been relatively stable over the past year, I

5       believe that the difference of value since March 19, 2023 has been negligible and

6       would not change my opinion of value.

7       I declare under penalty of perjury under the laws of the United State and the

8    State of California that the foregoing is true and correct.

Date: March 4, 2024

CHARLES LE

2

# COMPARATIVE MARKET ANALYSIS



# 7251 Stockyard Road, Riverside, California 92507

PREPARED FOR

## BOBBY TOMCHOV BORISOV

JANUARY 18, 2024

CHARLES H. LE | BEVERLY HILLS FABULOUS ESTATES | 9440 SANTA MONICA BLVD SUITE 301, BEVERLY
HILLS, CA 90210 | Office: 310-276-5478 | Mobile: 310-622-3663 | charles@charleshle.com | www.charleshle.com |

January 18, 2024

**<u>Dear BOBBY TOMCHOV BORISOV,</u>**

I appreciate the opportunity to share my business plan with you.

In order to inform you the current real estate market condition, locally in your neighborhood, I have prepared this comparative market analysis (CMA) especially for your propperty. There are many properties on the market today, and each has different amenities, sizes, uniqueness and certainly value. By reviewing this CMA, you will have the information needed to price your property in the appropriate range in today's market.

The current real estate market presents a variety of challenges and Good opportunities. Since Interest Rates and Real Estate Inventory are at all-time Low, we can expect to get Top Dollars for your property while the Costs of borrowing is EXTREMELY LOW. Therefore, Today Buyers/Investors are more motivate to purchase to lock in the Low Interest that we have Not seen for years, partially due to the Pandemic.

Your property is truly ONE OF A KIND with unique features, benefits and challenges similar to what we have successfully represented and SOLD. Therefore, it is imperative that you would choose a qualified and experienced Agent, like myself, who have had professional education (Civil Engineering), knowledge, skills and over 25 years of Real Estate experience working with qualified Buyers/Investor both local and abroad to properly handle this type of property.

In additional, what I and my #1 Real Estate Team at Beverly Hills Fabulous Estates Office can be of great benefits to you than other conventional agents, is our unique ability and relationship for strong connectivity and business with Foreign Buyers/Investors, especially Asian Buyers, with whom we have SOLD many exquisite properties all-cash. My goal is to help you overcome these obstacles and challenges and sell your property at highest price that the market allows while meeting your objectives.

Part of this package includes a detailed copy of my personal Resume & Marketing Action Plan. I would be glad to go over them in detail so that you feel comfortable to entrust your property sale to me. I am sure that once you review the plan, you will feel very satisfied and confident that I am the right R.E. Broker with the necessary skills, experience and expertise for the job of marketing and selling your home.

I look forward to your approval and to begin working with you on marketing and selling your home.

CHARLES H. LE | BEVERLY HILLS FABULOUS ESTATES | 9440 SANTA MONICA BLVD SUITE 301, BEVERLY HILLS, CA 90210 | Office: 310-276-5478 | Mobile: 310-622-3663 | charles@charleshle.com | www.charleshle.com |

BEST REGARDS;


CHARLES H. LE, R.E. BROKER / CIVIL ENGINEER
#1 TOP PRODUCER @ BEVERLY HILLS FABULOUS ESTATE, INC
DIAMOND CLUB & HALL OF FAME MEMBERS
LIFETIME ACHIEVEMENT CLUB MEMBER
"OUTSTANDING AGENTS! OUTSTANDING RESULTS!"
(310)622-3663 CEL / (310)275-3663 FAX
WWW.CHARLESHLE.COM / R.E. #01261943



## Our Mission

To deliver a higher standard of professionalism and incorporate the most effective and innovative technology so that our clients can focus on building a lifestyle objective performing the activities they do best while having the confidence that they have a real estate partner who they can entrust to assist them in achieving their real estate goals.

## Our Core Values

BIGL$^2$C$^4$TS Model

We've established a culture that guides how we do business and how we build lifestyle driven goals through real estate. Through our culture we commit to a vision of customer service perfection centered on the customer.

**Balance:**  align both professionally and personally

**Integrity:**  do the right thing even when it's difficult

**Growth:**  innovate and constantly improve

**Loyalty:**  build long-term connections ahead of achieving short term results

**Leadership:**  motivate ourselves and inspire others

**Character:**  be accountable and take responsibility.

**Communication:**  listen first to understand

**Creativity:**  big ideas manifest massive results

**Community:**  hire, buy, donate, promote and support locally.

**Teamwork:**  results through cooperation

**Service:**  make every interaction outstanding

## Our Vision

A Superior Customer Service – Every Customer, Every Engagement, Every day. No exceptions.

# WHAT IS A CMA?                                    INTRO

No two homes are identical, which is why choosing a sales price or offer price for a home can be challenging. That's where the comparable market analysis, or CMA, can be useful.

## What is a CMA?

The CMA is a side-by-side comparison of homes for sale and homes that have recently sold in the same neighborhood and price range. This information is further sorted by data fields such as single-family or condo, number of bedrooms, number of baths, postal codes, and many other factors. Its purpose is to show fair market value, based on what other buyers and sellers have determined through past sales, pending sales and homes recently put on the market.

## How is the CMA created?

CMAs are generated by a computer program supplied by your real estate agent's multiple listing service (MLS). The MLS is available to licensed members only, including brokers, salespeople, and appraisers, who pay dues to gain access to the service's public and proprietary data, including tax roll information, sold transactions, and listings input by all cooperating MLS members.

Listing agents generate CMAs for their sellers, and buyer's agents create them for their buyers so both sides know what current market conditions are for the homes they're interested in comparing.

## How accurate are CMAs?

The CMA is a here-and-now snapshot of the market, based on the most recent data available, but it can instantly be rendered obsolete by a new listing, or a change of status in a home with the same criteria. Why? The market is constantly changing – new listings, pending sales, closed sales, price reductions, and expired listings.

CMAs can vary widely, depending on the knowledge and skill of the person inputting the search parameters to the software as well as the number and type of data fields that are chosen. That means some features may not be included.

As informative as the CMA is, it should only be used as a tool and should not substitute for your real estate professional's knowledge and advice.

## CONTACT ME

## INTRO



# CHARLES H. LE
## BEVERLY HILLS FABULOUS ESTATES

| | |
|---|---|
| Address | 9440 SANTA MONICA BLVD SUITE 301, BEVERLY HILLS, CA 90210 |
| Office | 310-276-5478 |
| Mobile | 310-622-3663 |
| E-mail | charles@charleshle.com |
| Web | www.charleshle.com |
| Web | https://www.youtube.com/user/charleshleremax?feature=mhee |
| DRE # | 01261943 |



Download this report (PDF)

**What is this bar code?**

This **QR code** makes it easy for you to download this report to your smart phone.

1. **Make sure your phone can scan a QR code with its camera.** If you don't already have one, you can try http://cloudcma.com/qr on your phone's browser to download an app, or do a Google search for the model of your phone along with the term "QR reader".

2. **Now use that app to scan the QR code above.**





# MAP OF ALL LISTINGS



| | MLS # | Status | Address | Price |
|---|---|---|---|---|
| 0 | Subject | | 7251 Stockyard Road, Riverside, California 92507 | |
| 1 | SW23205305MR | S | 20908 Iron Rail Dr | $790,000 |
| 2 | IV23110133MR | S | 20838 Walking Beam Dr | $700,000 |
| 3 | SR23176008MR | S | 20323 Lyon Rd | $730,000 |
| 4 | IV23120353MR | S | 7507 Blue Oak Rd | $740,000 |
| 5 | IV24001496MR | A | 2434 Ellendale Dr | $708,990 |
| 6 | OC23196499MR | A | 20395 Canaan Cir | $739,000 |
| 7 | TR24010729MR | A | 20972 Center St | $759,000 |
| 8 | IV23195088MR | A | 20202 Patchfield Dr | $699,990 |
| 9 | OC23208960MR | B | 541 Bruin Dr | $749,900 |

Status: S = Sold, A = Active, B = Active Under Contract

# SUMMARY OF COMPARABLE PROPERTIES

**INTRO**

## Sold Listings

| Address | Beds | Baths | YrBlt | SqFt | Lot Size | Price | Sold Date |
|---------|------|-------|-------|------|----------|-------|-----------|
| 20908 Iron Rail Dr | 4 | 3.00 | 2018 | 2,870 | 11,326 | $790,000 | 12/8/23 |
| 20838 Walking Beam Dr | 4 | 3.00 | 2019 | 2,662 | 14,375 | $700,000 | 11/3/23 |
| 20323 Lyon Rd | 4 | 3.00 | 2015 | 2,521 | 7,405 | $730,000 | 11/9/23 |
| 7507 Blue Oak Rd | 4 | 3.00 | 2016 | 2,341 | 9,583 | $740,000 | 8/30/23 |
| Averages | | | | 2,598 | 10,672 | $740,000 | |

## Active Listings

| Address | Beds | Baths | YrBlt | SqFt | Lot Size | Price | Sold Date |
|---------|------|-------|-------|------|----------|-------|-----------|
| 2434 Ellendale Dr | 4 | 3.00 | 2023 | 2,375 | 6,822 | $708,990 | |
| 20395 Canaan Cir | 5 | 3.00 | 2018 | 2,691 | 7,841 | $739,000 | |
| 20972 Center St | 4 | 2.00 | 2018 | 2,329 | 10,890 | $759,000 | |
| 20202 Patchfield Dr | 4 | 3.00 | 2023 | 2,383 | 4,611 | $699,990 | |
| Averages | | | | 2,444 | 7,541 | $726,745 | |

## Backup Offer Listings

| Address | Beds | Baths | YrBlt | SqFt | Lot Size | Price | Sold Date |
|---------|------|-------|-------|------|----------|-------|-----------|
| 541 Bruin Dr | 4 | 3.00 | 1991 | 2,409 | 7,841 | $749,900 | |
| Averages | | | | 2,409 | 7,841 | $749,900 | |

# PROPERTY DETAILS

**MLS #SW23205305MR**

 **20908 Iron Rail Dr, Riverside**                                      **$790,000**

## Listing information

*Courtesy of Your Home Sold Guaranteed Rlty*

| | | | |
|---|---|---|---|
| **MLS#:** SW23205305MR | **Beds:** 4 | **SqFt:** 2,870 | **Sold Date:** 12/8/23 |
| **Status:** Sold | **Baths:** 3.00 | **YrBlt:** 2018 | **DOM:** 4 |

## Features

**Lot Size**: 11326.0   **Bedroom Features**: All Bedrooms Down, WalkInCloset   **Entry Level**: 1
**Construction Materials**: Stucco   **Common Walls**: Detached/No Common Walls   **Community
Features**: Curbs, Gutters, Sidewalks   **Heating**: Central   **Appliances**: Microwave, Range   **Cooling**:
Central   **Laundry Features**: Gas Or Electric Dryer Hookup, Inside, Room   **Other Equipment**:
Dishwasher, Gas Or Electric Dryer Hookup, Inside, Microwave, Room   **Fencing**: Vinyl   **Fireplace
Features**: None   **Guest House**: None   **Roof**: Tile   **Security Features**: Security System   **Parking
Total**: 4   **Sewer**: Public Sewer

## Remarks

For Sale or Trade!* Stunning Single-Story Pool Home in Executive Spring Mountain Ranch
Community! Welcome to your own private oasis! This stunning single-story pool home nestled in the
hills of the Executive Spring Mountain Ranch community offers an exceptional living experience.
Grand Entrance and Open Floor Plan: As you step inside, you'll be captivated by the grand entrance
that exudes elegance and sets the stage for the rest of the home. The state-of-the-art floor plan
embraces a contemporary and open design, allowing for seamless movement between spaces and
inviting abundant natural light to fill every corner. The gourmet kitchen serves as the heart of the
home, effortlessly connecting the family room and dining area, making it the perfect space for
entertaining. The kitchen boasts many upgrades, including a large eat-at island with room for stools,
luxurious quartz countertops, ...

*Information is deemed reliable but not guaranteed.*



**LISTING PHOTOS**

**MLS #SW23205305MR**

**S**  **20908 Iron Rail Dr, Riverside**                    **$790,000**

  

  

  

  

# PROPERTY DETAILS

## MLS #IV23110133MR

 **20838 Walking Beam Dr, Riverside**                    **$700,000**

### Listing information
*Courtesy of KELLER WILLIAMS RIVERSIDE CENT*

| | | | |
|---|---|---|---|
| **MLS#:** IV23110133MR | **Beds:** 4 | **SqFt:** 2,662 | **Sold Date:** 11/3/23 |
| **Status:** Sold | **Baths:** 3.00 | **YrBlt:** 2019 | **DOM:** 11 |

### Features

**Lot Size**: 14375.0  **Bedroom Features**: All Bedrooms Down, Main Floor Bedroom, WalkInCloset
**Entry Level**: 1  **Common Walls**: Detached/No Common Walls  **Community Features**: Biking,
Hiking, Park, Mountainous, Sidewalks, Street Lights  **Heating**: Central, ENERGY STAR Qualified
Equipment  **Cooling**: ENERGY STAR Qualified Equipment  **Laundry Features**: Gas Or Electric
Dryer Hookup, Room  **Accessibility Features**: Doors - Swing In, No Interior Steps  **Fireplace
Features**: None  **Guest House**: None  **Parking Total**: 3  **Sewer**: Public Sewer  **Living Area
Source**: Appraiser

### Remarks

Beautiful Spacious Single Story Residence in the Desirable Spring Mountain Ranch Neighborhood.
This home boasts 4 bedrooms, 3 bathrooms, and a rare 3 car garage, providing ample space for all
your needs. Enjoy the luxury of paid off solar panels and numerous upgrades throughout the home.
Seller has been producing more electricity than they use. Gourmet kitchen with granite counters,
cabinet slide outs and oversized dine-in island. Smarthome features such as keyless entry, wifi
thermostat and weather-driven irrigation. Fire sprinklers for enhanced safety. Constructed in 2019 on
0.33-acre lot and situated in close to the SMR community park, residents will have access to a range
of fantastic amenities including a basketball court, sand volleyball court, picnic areas, and scenic
walking trails. The home's prime location places it just a short distance from downtown Riverside
Mission Inn, ...

*Information is deemed reliable but not guaranteed.*




# LISTING PHOTOS

**MLS #IV23110133MR**

**S** ## 20838 Walking Beam Dr, Riverside

**$700,000**














# PROPERTY DETAILS

## MLS #SR23176008MR

 **20323 Lyon Rd, Riverside** $730,000

### Listing information
*Courtesy of Keller Williams North Valley*

| | | |
|---|---|---|
| **MLS#:** SR23176008MR | **Beds:** 4 | **SqFt:** 2,521 | **Sold Date:** 11/9/23 |
| **Status:** Sold | **Baths:** 3.00 | **YrBlt:** 2015 | **DOM:** 34 |

### Features

**Lot Size:** 7405.0  **Entry Level:** 1  **Common Walls:** Detached/No Common Walls  **Community Features:** Biking, Curbs, Hiking, Park, Sidewalks, Street Lights  **Heating:** Central  **Appliances:** Range  **Cooling:** Central  **Laundry Features:** Room  **Other Equipment:** Room  **Fireplace Features:** None  **Guest House:** None  **Parking Total:** 2  **Sewer:** Public Sewer  **Virtual Tour:** https://my.matterport.com/show/?m=rhpKTi8wv2T&mls=1  **Water Source:** Public  **Parking Features:** Garage  **Pool Features:** None  **Spa Features:** None  **Spa YN:** false  **View YN:** true  **Year Built Source:** Assessor

### Remarks

Discover Riverside living at its finest in the desirable Spring Mountain Ranch community! This spacious four-bedroom, two-and-a-half bath home offers 2,521 square feet of living space with 9-foot ceilings on a generous 7,405 square-foot lot. Key Features:Open-concept kitchen with beautiful stone countertops, large pantry, and a spacious island with cabinets, perfect for family and friends. Enjoy luxury vinyl flooring throughout for both style and convenience. Benefit from energy savings with fully paid-off solar panels. Enhanced security with a built-in security system. Experience outdoor bliss in the landscaped backyard with a patio walk leading to a gazebo and stunning views of Spring Mountain. Community Amenities: Spring Mountain Ranch offers a six-acre community park with a basketball court, sand volleyball court, BBQ and picnic areas, and 6 miles of pedestrian trails. NO HOA dues...

*Information is deemed reliable but not guaranteed.*

CHARLES H. LE | BEVERLY HILLS FABULOUS ESTATES | 9440 SANTA MONICA BLVD SUITE 301, BEVERLY HILLS, CA 90210 | Office: 310-276-5478 | Mobile: 310-622-3663 | charles@charleshle.com | www.charleshle.com |

 

# LISTING PHOTOS

**MLS #SR23176008MR**

**S** **20323 Lyon Rd, Riverside** $730,000














# PROPERTY DETAILS

**MLS #IV23120353MR**

## 7507 Blue Oak Rd, Riverside                         $740,000

### Listing information                *Courtesy of KELLER WILLIAMS RIVERSIDE CENT*

| | | | |
|---|---|---|---|
| **MLS#:** IV23120353MR | **Beds:** 4 | **SqFt:** 2,341 | **Sold Date:** 8/30/23 |
| **Status:** Sold | **Baths:** 3.00 | **YrBlt:** 2016 | **DOM:** 1 |

### Features

**Lot Size**: 9583.0  **Bedroom Features**: All Bedrooms Up  **Entry Level**: 1  **Common Walls**: Detached/No Common Walls  **Community Features**: Hiking, Park, Mountainous, Sidewalks, Street Lights  **Heating**: Central  **Cooling**: Central, ENERGY STAR Qualified Equipment  **Laundry Features**: Inside, Room  **Fireplace Features**: None  **Guest House**: None  **Parking Total**: 2  **Sewer**: Public Sewer  **Virtual Tour**: https://www.tourfactory.com/idxr3091801  **Water Source**: Public  **Parking Features**: RV Access, RV Hook-Ups  **Pool Features**: None  **View**: Hills  **View YN**: true  **Year Built Source**: Public Records

### Remarks

This desirable home is located in Riverside's beautiful Spring Mountain Ranch Community. The property has been very well maintained and offers convenient RV parking with an installed RV sewer system. The house itself is in excellent condition, having numerous upgrades that have made it truly charming to experience. Outside there is a beautiful mountain view as well as many fruit trees(Lemon, Avocado, Orange, Nectarines and Plums), a fire pit, and a patio cover, providing ample space for outdoor enjoyment. Additionally, the house comes equipped with many solar panels ensuring minimal electricity bills, especially during the scorching summer season. The home's prime location places it within close proximity to downtown Riverside, Mission Inn, UC Riverside, and Loma Linda Medical Center, offering convenience and easy access to various attractions and services. Residents will also have...

*Information is deemed reliable but not guaranteed.*



**LISTING PHOTOS** **MLS #IV23120353MR**

**S** **7507 Blue Oak Rd, Riverside** **$740,000**
















**PROPERTY DETAILS**      **MLS #IV24001496MR**

**A**   **2434 Ellendale Dr, Riverside**      **$708,990**

### Listing information
*Courtesy of KB HOME*

| | | | |
|---|---|---|---|
| **MLS#:** IV24001496MR | **Beds:** 4 | **SqFt:** 2,375 | **List Date:** 1/3/24 |
| **Status:** Active | **Baths:** 3.00 | **YrBlt:** 2023 | **DOM:** 14 |

### Features

**Lot Size**: 6822.0  **Association Amenities**: Hiking Trails, Other Courts, Picnic Area, Playground **Pets Allowed**: Call For Rules  **Association Phone**: 18007067838  **Bedroom Features**: WalkInCloset  **Entry Level**: 1  **Common Walls**: Detached/No Common Walls  **Community Features**: Curbs, Dog Park, Hiking, Park, Sidewalks, Storm Drains, Street Lights  **Heating**: ENERGY STAR Qualified Equipment  **Cooling**: ENERGY STAR Qualified Equipment  **Laundry Features**: Inside, Room  **Other Equipment**: Inside, Room  **Fencing**: Vinyl  **Fireplace Features**: None  **Guest House**: None  **Association Fee Frequency**: Monthly  **Roof**: Concrete

### Remarks

Brand new community in SPRING MOUNTAIN RANCH. This is an all electric home. Home is not yet built and photo is only a rendering of the plan. This is a two story Prairie style home. The entrance leads to an open concept great room with dining and kitchen. Downstairs includes a powder room for your guests, a large Den w/ storage room adjacent to kitchen and a walk in pantry in the kitchen. This home has included features such granite counters, recessed lighting, white kitchen cabinets and a loft upstairs. It also includes a spacious Primary bedroom that has a large walk-in closet and attached bath with duel sinks and walk-in shower and a convenient upstairs laundry room. Buyer is able to personalize if they would like to do so at an additional costs. For example, they could convert the den to bedroom #5, add Quartz counters etc...The front yard is fully landscaped in drought tolerant ma...



Photo not available

*Information is deemed reliable but not guaranteed.*

CHARLES H. LE | BEVERLY HILLS FABULOUS ESTATES | 9440 SANTA MONICA BLVD SUITE 301, BEVERLY HILLS, CA 90210 | Office: 310-276-5478 | Mobile: 310-622-3663 | charles@charleshle.com | www.charleshle.com |



# PROPERTY DETAILS

# MLS #OC23196499MR

## A    20395 Canaan Cir, Riverside    $739,000

### Listing information
*Courtesy of Re/Max Coastal Homes*

| | | |
|---|---|---|
| **MLS#:** OC23196499MR | **Beds:** 5 | **SqFt:** 2,691 | **List Date:** 10/21/23 |
| **Status:** Active | **Baths:** 3.00 | **YrBlt:** 2018 | **DOM:** 81 |

### Features

**Lot Size**: 7841.0  **Pets Allowed**: Call For Rules  **Association Phone**: 949-833-2600  **Bedroom Features**: Main Floor Bedroom, WalkInCloset  **Entry Level**: 1  **Construction Materials**: Concrete, Glass, Stone, Stucco  **Common Walls**: Detached/No Common Walls  **Community Features**: Curbs, Foothills, Gutters, Sidewalks, Storm Drains, Suburban  **Heating**: Central  **Appliances**: Microwave, Oven-Gas  **Cooling**: Central  **Laundry Features**: Dryer, Dryer Included, On Upper Level, Room, Washer, Washer Included

### Remarks

Welcome home to your beautiful and spacious dream home! Brand new wood laminate flooring throughout, enjoy mountain views from every window! First floor bedroom with full bath room. Large Living room and kitchen, perfect for entertaining. Granite counters and stainless steel appliances. Large backyard. Primary bedroom and 3 additional bedrooms located upstairs as well as Landry for convenience. Large walk-in closet in the Primary bathroom! Home comes with Solar, lease to be transferred to new owner to save on monthly electric bill. Every thing you need nestled in the Riverside foothills!





*Information is deemed reliable but not guaranteed.*

**LISTING PHOTOS**

**MLS #OC23196499MR**

**A** **20395 Canaan Cir, Riverside** $739,000

  

  

  

  



# PROPERTY DETAILS

# MLS #TR24010729MR

**A** **20972 Center St, Riverside** **$759,000**

## Listing information
*Courtesy of Realty Masters & Associates*

**MLS#:** TR24010729MR    **Beds:** 4    **SqFt:** 2,329    **List Date:** 1/17/24
**Status:** Active    **Baths:** 2.00    **YrBlt:** 2018    **DOM:** 1

## Features

**Lot Size:** 10890.0    **Bedroom Features**: WalkInCloset    **Entry Level**: 1    **Construction Materials**: Stucco    **Common Walls**: Detached/No Common Walls    **Community Features**: Biking, Foothills, Hiking, Park, Mountainous    **Heating**: Central    **Appliances**: Microwave    **Cooling**: Central    **Laundry Features**: Dryer, Dryer Included, Gas Dryer Hookup, Inside, Room, Washer, Washer Included    **Accessibility Features**: None    **Other Equipment**: Dishwasher, Dryer, Dryer Included, Gas Dryer Hookup, Inside, Microwave, Refrigerator, Room, Washer, Washer Included, Water Line to Refrigerator    **Fencing**: Vinyl    **Fireplace Features**: None

## Remarks

Beautifully upgraded Single-Story POOL home, nestled in the hills of Riverside. This home features open concept living at its finest. As you enter the home you are greeted by a long formal hallway opening to a huge great room with an abundance of light, an oversized dining area, and large kitchen with walk-in pantry. The kitchen features quartz countertops, stainless steel appliances, smart refrigerator included, and an extra-large center island, perfect for entertaining or extra seating. Some added features include, recessed lighting, neutral interior paint, luxury vinyl floors, and custom window blinds. There are 4 large bedrooms with 2 full bathrooms, primary bedroom is generous in size with a huge walk-in closet, the en-suite bathroom includes dual sinks, deep soaking tub and separate walk-in shower. The secondary bathroom features dual-sinks, and a privacy door to the shower. Thi...

*Information is deemed reliable but not guaranteed.*

CHARLES H. LE | BEVERLY HILLS FABULOUS ESTATES | 9440 SANTA MONICA BLVD SUITE 301, BEVERLY HILLS, CA 90210 | Office: 310-276-5478 | Mobile: 310-622-3663 | charles@charleshle.com | www.charleshle.com |




CHARLES H. LE | BEVERLY HILLS FABULOUS ESTATES | 9440 SANTA MONICA BLVD SUITE 301, BEVERLY
HILLS, CA 90210 | Office: 310-276-5478 | Mobile: 310-622-3663 | charles@charleshle.com | www.charleshle.com |

**LISTING PHOTOS**

**MLS #TR24010729MR**

A **20972 Center St, Riverside** $759,000

















CHARLES H. LE | BEVERLY HILLS FABULOUS ESTATES | 9440 SANTA MONICA BLVD SUITE 301, BEVERLY HILLS, CA 90210 | Office: 310-276-5478 | Mobile: 310-622-3663 | charles@charleshle.com | www.charleshle.com |



# PROPERTY DETAILS

# MLS #IV23195088MR

**A**   **20202 Patchfield Dr, Riverside**                    **$699,990**

## Listing information

*Courtesy of KB HOME*

| | | | |
|---|---|---|---|
| **MLS#:** IV23195088MR | **Beds:** 4 | **SqFt:** 2,383 | **List Date:** 10/19/23 |
| **Status:** Active | **Baths:** 3.00 | **YrBlt:** 2023 | **DOM:** 90 |

## Features

**Lot Size:** 4611.0   **Association Amenities**: Assoc Barbecue, Hiking Trails, Picnic Area, Playground, Sport Court   **Pets Allowed**: Call For Rules   **Association Phone**: 18007067838   **Bedroom Features**: All Bedrooms Up, WalkInCloset   **Entry Level**: 1   **Common Walls**: Detached/No Common Walls   **Community Features**: Curbs, Dog Park, Hiking, Park, Sidewalks, Storm Drains, Street Lights   **Heating**: ENERGY STAR Qualified Equipment   **Cooling**: ENERGY STAR Qualified Equipment   **Laundry Features**: Inside, On Upper Level, Room   **Other Equipment**: Inside, On Upper Level, Room   **Fencing**: Vinyl   **Fireplace Features**: None

## Remarks

This is a brand new community. A lovey two story Farmhouse style home south facing. The entrance opens to an spacious great room with dining and kitchen. This home features a den with large storage on the main level, walk-in pantry, Quartz kitchen counters and Whirlpool appliances, and Single basin kitchen sink. On the 2nd level, you will find a loft, a spacious Primary bedroom that has a large walk-in closet and attached bath with duel sinks and walk-in shower. The front yard is fully landscaped in drought tolerant material and includes an automatic drip watering system. This home is Energy Star rated and Solar must be purchased or leased for maximum energy savings! Walking distance to Spring Mountain Ranch Park, which features a basketball court, sand volleyball court, and BBQ and picnic areas. Photo is a rendering of the model. Buyer can either lease or purchase the Solar.



Photo not available

*Information is deemed reliable but not guaranteed.*

CHARLES H. LE | BEVERLY HILLS FABULOUS ESTATES | 9440 SANTA MONICA BLVD SUITE 301, BEVERLY HILLS, CA 90210 | Office: 310-276-5478 | Mobile: 310-622-3663 | charles@charleshle.com | www.charleshle.com |

# PROPERTY DETAILS

## MLS #OC23208960MR

 **541 Bruin Dr, Riverside**                    **$749,900**

### Listing information
*Courtesy of Luxre Realty, Inc.*

| | | | |
|---|---|---|---|
| **MLS#:** OC23208960MR | **Beds:** 4 | **SqFt:** 2,409 | **List Date:** 11/10/23 |
| **Status:** Active Under Contract | **Baths:** 3.00 | **YrBlt:** 1991 | **DOM:** 63 |

### Features

**Lot Size:** 7841.0  **Bedroom Features:** WalkInCloset  **Entry Level**: 1  **Common Walls**: Detached/ No Common Walls  **Community Features**: Curbs, Sidewalks, Storm Drains, Street Lights  **Heating**: Central  **Appliances**: Microwave, Oven-Gas, Range  **Cooling**: Central  **Laundry Features**: Inside  **Other Equipment**: Dishwasher, Inside, Microwave  **Fireplace Features**: Family Room  **Guest House**: None  **Security Features**: Carbon Monoxide Detector(s), Smoke Detector  **Parking Total**: 3  **Sewer**: Public Sewer  **Water Source**: Public  **Parking Features**: Direct Entrance, Driveway, Garage, Garage - 2 Car  **Pool Features**: None

### Remarks

First time home buyers take advantage of $6,000 toward towards closing costs **PANORAMIC MOUNTAIN VIEWS ! *NO HOA !*DOWNSTAIRS BEDROOM !*2 FIREPLACES !*RECENTLY PAINTED!*UPGRADED THROUGHOUT !*OVER 7,800 SQ.FT. LOT !***Welcome Home !*** This stunning 4 Bedroom, 3 Full Bath + 3 Car Garage home features a beautiful, formal entry way, with cathedral ceilings and gorgeous light fixtures! The family and living rooms are ideal for entertaining family and guests ! Featuring cozy, brick fireplace, custom tile flooring, wall-to-wall windows and sliding doors that open to the expansive backyard ! The oversized downstairs bedroom offers plenty of privacy, with large closet and storage area and full bathroom with custom vanity just steps away ! The beautiful, bright kitchen looks out to the backyard, and boasts plenty of storage, pots and pan drawers, pantry and flawless tile counter tops ! The ex...

*Information is deemed reliable but not guaranteed.*

CHARLES H. LE | BEVERLY HILLS FABULOUS ESTATES | 9440 SANTA MONICA BLVD SUITE 301, BEVERLY HILLS, CA 90210 | Office: 310-276-5478 | Mobile: 310-622-3663 | charles@charleshle.com | www.charleshle.com |



**LISTING PHOTOS**

**MLS #OC23208960MR**

**B** **541 Bruin Dr, Riverside** $749,900

  

  

  

  

# COMPARABLE PROPERTY STATISTICS    ANALYSIS

## Sold Listings

| | |
|---|---|
| Number of listings | 4 |
| Lowest price | $700,000 |
| Average price | $740,000 |
| Highest price | $790,000 |
| Avg price per sqft | $286 |
| Avg DOM | 13 |

## Active Listings

| | |
|---|---|
| Number of listings | 4 |
| Lowest price | $699,990 |
| Average price | $726,745 |
| Highest price | $759,000 |
| Avg price per sqft | $298 |
| Avg DOM | 47 |

## Backup Offer Listings

| | |
|---|---|
| Number of listings | 1 |
| Lowest price | $749,900 |
| Average price | $749,900 |
| Highest price | $749,900 |
| Avg price per sqft | $311 |
| Avg DOM | 63 |



# SOLD PROPERTY ANALYSIS                    ANALYSIS



| Address | Orig List Price | Sold Price | % of Orig List Price | DOM | $ per Sqft |
|---|---|---|---|---|---|
| 20908 Iron Rail Dr | $790,000 | $790,000 | 100.00% | 4 | $275 |
| 20838 Walking Beam Dr | $725,000 | $700,000 | 96.55% | 11 | $263 |
| 20323 Lyon Rd | $730,000 | $730,000 | 100.00% | 34 | $290 |
| 7507 Blue Oak Rd | $719,900 | $740,000 | 102.79% | 1 | $316 |
| Averages | $741,225 | $740,000 | 99.84% | 13 | $286 |

# SUGGESTED LISTING PRICE: 7251 STOCKYARD RD, RIVERSIDE, CA 92507

**Dear <u>BOBBY TOMCHAV BORISOV</u>,**

As a Real Estate Professional, I follow, study and analyze the Real Estate market every day.   I am confident to recommend the suggested Listing price range:

### $745,000  To  $795,000

My professional recommendation is based on number of credible, logical facts as well as market conditions, buyer demands and development trends all of which have been illustratrated throughout this CMA:

1) The R.E. Market has been on a rebounce. Though the listing price is higher than recently SOLD price, it has potential capturing good prospective Buyers/Investors.

2) Low inventory in Los Angeles county, especially in the Los Angeles area.

4) Limited major Residential Development & Construction in the immediate neighborhood in the last 6 years.

5) Shortage in properties, Low supply produces high demand.

6) The Residential Real Estate Market is strong; as income increases, more people will likely to buy and invest which would make this property more desirable and marketable.

7) Strong interest and demand for Investors to do 1031 Exchange.

8) Low Interest Rates continue to generate strong demand for R.E. properties.

**MARKETING ACTION PLAN**    **INFO**

# MARKETING ACTION PLAN

**My Objectives For Selling 7251 STOCKYARD RD, RIVERSIDE, CA 92507 Are as Follow:**

1. Generate & expose as many qualified buyers/investors as possible to your property until it is sold.
2. Communicate to you weekly results and progress of our marketing plan and sale activities.
3. Assist you in negotiating the highest dollar value and most desirable terms.

**Important Steps I Take to Get Your 7251 STOCKYARD RD, RIVERSIDE, CA 92507 Sold "Pro-Active Approach":**

1. Submit your property to our local & Nationwide Multiple Listing Service.
2. Submit your Property on LoopNet (Commercial Real Estate MLS)
3. Advertise your property on major real estate websites: Realtor,Trulia, Zillow,Redfin....
4. Advertise property thru weekly email marketing campaign to over 100,000 local & overseas Top Agents
5. Create professional property Video Tour and virtual Tour to captures Agent & Buyer interest.
6. Upload Video Tours on prominent websites:  YouTube, Yahoo, Googles, Bings for maximum Exposures.
7. Schedule weekly Open-house and Caravan for the first 4 week for max exposures.
8. Develop marketing Brochures and Flyers to mail and handout to prospective Buyers.
9. Price your property competitively…to open the market vs. narrowing the market.
10. Develop property website and established/secure property "key words" for Google Search.
11. Secure Advertisment on eXp Realty so property can be seen worldwide.
12. Utilize eXp Realty World-Wide network of over 50,000 Agents to promote property in over 50+ Countries.
13. Advertise the property in LA Time Real Estate section for development opportunity.
14. Promote your property at the eXp Realty company sales weekly meeting ands nationwide meeting.
15. Constantly working with promoters, advertisers, Coop Agents, Buyers for feedback & strategy.
16. Send out "Just Listed" anoucements to Local Residents, Builders, Investors to trump interest.
17. Weekly contact with International eXp Realty Agents: Singapore, China, Vietnam, Thailand.. to trump interest.
18. Develop a list of features of your home for the Brokers to use with their potential Buyers/Investors.
19. Fax a property features sheet to the Top 100 Agents in the marketplace for their potential Buyers/Investors.
20. Door knocking Top Clientelles: Buyers/Investors to generate interest and property preview.
21. Suggest and advise as to any changes/improvements you can do to make your property more presentable & saleable.
22. Constantly update you as to any changes in the marketplace.
23. Prospect 2-3 hours per day and talk to 25-30 Clients per day searching for right Buyers for your property.
24. Email/call Top Clientelle in my Database: Investors/Builder/Developers and schedule properties preview.
25. Advertise property in Korean and Chinese and Spanish newspapers.
26. Contact over the next seven days…my Buyer/Investor leads,
27. Contact my center of influence and past clients for their referrals and prospective Buyers/Investors.
28. Add additional exposure through a professional sign and lock-box.
29. Will use 800-InfoHomeLane to generate Buyer/Investor leads for your home.
30. Attend Real Estate related conventions and seminars to promote the property and generate interest.
31. Keep you aware of the various methods of financing that a Buyer/Investor might want to use.
32. Request cooperating Brokers in the area tour your home.
33. Repeatedly contact existing & current Builders, Developers for development interest in the properties.

34. Follow-up on the salespeople who have shown your property…for their feedback and response.

35. Continue to meet with the R.E. & marketing Team to focus, follow-up and strategize the best approach.

36. Assist you in arranging interim financing and/or Leasing…if necessary.

37. Represent you on all offer presentations…to assist you in negotiating the best possible price and terms.

38. Handle & follow-up on all Seller contract obligations after offer accepted: mortgage, title and other closing procedures.

39. Make sure all Sellers/Buyers mandatory, contractual and legal conditions and obligations are met prior to closing.

40. Deliver your check at closing.

# WHY YOU NEED A REAL ESTATE PROFESSIONAL    INFO

If you're planning to sell your home, it's probably crossed your mind to try to sell it yourself and save the sales commission. But, there are some very good reasons why that would be a mistake.

According to housing industry experts at HomeGain.com and Realtor.org, more homes listed by real estate agents are sold than homes marketed by owners, and they sell more quickly and for more money.

*Homes listed by real estate professionals get more exposure and their sellers get more support. Real estate professionals offer many advantages:*

- They're trained and licensed professionals.
- They have experience in your neighborhood and your market.
- They have oversight from brokers and state licensing officials.
- Their job is to advise you the best way to reach your goals.
- Their continuing education keeps them up-to-date on housing issues.
- They know how to present your home and deal with buyers.
- They know how and where to market properties.
- They know how to overcome typical snags that occur in all real estate transactions and closings.
- They understand state-required disclosures and look out for your best interests.
- They understand personal safety and security for your belongings during showings.
- They know the best resources to make transactions go more smoothly, from bankers to home-stagers to contractors.
- They have the most accurate data sources – the MLS, the only data repository that has the most up-to-date listing and sales information.
- They know how to negotiate.
- Their job is making real estate transactions successful.

When you market your own home, you have to make the time to do all the jobs a real estate professional would do, and you'll be competing against other sellers who have real estate professionals by their sides.

If you can't leave work to show your home, or you feel it requires more knowledge and experience than you have, you can't go wrong by hiring a well-respected real estate professional.

# INTELLIGENT PRICING AND TIMING

**INFO**

Pricing a home for sale is as much art as science, but there are a few truisms that never change.

- Fair market value attracts buyers, overpricing never does.
- The first two weeks of marketing are crucial.
- The market never lies, but it can change its mind.



Fair market value is what a willing buyer and a willing seller agree by contract is a fair price for the home. Values can be impacted by a wide range of reasons but the two largest are location and condition. Generally, fair market value can be determined by comparables - other similar homes that have sold or are currently for sale in the same area.

Sellers often view their homes as special which tempts them to put a higher price on the home, believing they can always come down later, but that's a serious mistake.

Overpricing prevents the very buyers who are eligible to buy the home from ever seeing it. Most buyers shop by price range, and look for the best value in that range.

# INTELLIGENT PRICING AND TIMING

**INFO**



Your best chance of selling your home is in the first two weeks of marketing. Your home is fresh and exciting to buyers and to their agents.

With a sign in the yard, a description in the local Multiple Listing Service, distribution across the Internet, open houses, broker's caravan, ads, and email blasts to your listing agent's buyers, your home will get the greatest flurry of attention and interest in the first two weeks.

If you don't get many showings or offers, you've probably overpriced your home, and it's not comparing well to the competition. Since you can't change the location, you'll have to improve the home's condition or lower the price.

Consult with your agent and ask for feedback. Perhaps you can do a little more to spruce up your home's curb appeal, or perhaps stage the interior to better advantage.

The market can always change its mind and give your home another chance, but by then you've lost precious time and perhaps allowed a stigma to cloud your home's value.

Intelligent pricing isn't about getting the most for your home – it's about getting your home sold quickly at fair market value.

# THE VALUE OF YOUR HOME

**INFO**

In a neighborhood of similar homes, why is one worth more than another? That's the question that's teased buyers and sellers for ages, but the answer is simple.

## Every home is different.

When a home is sold, a willing seller and a willing buyer have just announced to the world the value of that home. From there, other similar homes are benchmarked, but other factors come into play. The most important are:

**Location** - The closer a home is to jobs, parks, transportation, schools, and community services, the more desirable it is.

**Size** - Square footage impacts home values because they're built using more materials. Larger lot sizes mean more privacy.

**Number of bedrooms and baths** - Over time, median homes have grown larger. Decades ago, household members shared bedrooms and baths without complaint, but today, families want more privacy. The median home purchased today is a three-bedroom, two-bath home.

**Features and finishes** - Features such as outdoor kitchens and spa baths make a home more luxurious. A home finished with hardwood floors and granite countertops is going to cost more than a home with carpet and laminate countertops.

**Condition** - The closer a home is to new construction, the more it will retain its value. It's perceived as more modern, up to date, and perhaps safer. Homes that are not updated or in poor repair sell for less. It's a good idea for homeowners to keep their homes updated and in top repair.

**Curb appeal** - From the street, the home looks clean, fresh, and inviting. Fresh landscaping and flowers won't change the size or location, but they certainly add charm.

*When two homes are identical in the same neighborhood, a higher price may come down to something as simple as views, or paint colors, or the overall taste of the homeowner.*

Valuing a home will never be an exact science, but if you buy wisely, keep your home updated and in good repair, you should recoup most if not all of your investment.

# EXHIBIT C



**shellpoint**
A DIVISION OF NEWREZ

# MORTGAGE STATEMENT
Statement Date: 03/03/2023

DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
P.O. Box 619063 • Dallas, TX 75261-9063

| Account Number | ███████7341 |
| Next Due Date | 04/01/2023 |
| **Amount Due** | **$4,402.04** |

*If payment is received after 04/16/2023, $164.95 late fee may be assessed.*

| Phone: | 800-365-7107 |
| Website: | www.shellpointmtg.com |

7-811-25699-0014694-002-000-110-000-000

BOBBY BORISOV
7251 STOCKYARD
RIVERSIDE CA  92507-0189

### Explanation of Amount Due

| | |
|---|---|
| Principal | $529.45 |
| Interest | $2,769.59 |
| Escrow (Taxes and Insurance) | $1,103.00 |
| **Regular Monthly Payment** | **$4,402.04** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $0.00 |
| **Total Amount Due** | **$4,402.04** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $475,465.57 |
| Deferred Balance* | $13,196.16 |
| Interest Rate (until 06/01/2024) | 6.9900% |
| Prepayment Penalty | None |
| Property Address: | 7251 STOCKYARD ROAD |
| | RIVERSIDE CA 92507 |
| Contractual Due Date: | April 1, 2023 |
| Current Escrow Balance: | -$24.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $526.39 | $1,049.73 |
| Interest | $2,772.65 | $5,548.35 |
| Escrow | $1,103.00 | $2,206.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$4,402.04** | **$8,804.08** |

### Transaction Activity (02/04/2023 - 03/02/2023)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 02/28/2023 | Regular Payment - (Due 3/1/2023) | $0.00 | $4,402.04 |

### Important Messages

**Partial Payments:** Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.

### Additional Messages

**Affected by COVID-19?** Assistance may be available. We offer relief options, such as a forbearance - a temporary suspension of payments, and payment deferment. Visit our website www.shellpointmtg.com or call us at 866-825-2174 to see if you qualify.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-9:00PM, and Saturday 10:00AM-2:00PM.

005-0814-1100F

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

--- Detach and return with payment. ---

**shellpoint**
A DIVISION OF NEWREZ

| | Amount Due | |
|---|---|---|
| Loan Number: ███████7341 | Payment Due Date | 04/01/2023 |
| BOBBY BORISOV | Total Amount Due | $4,402.04 |

Property Address:
7251 STOCKYARD ROAD
RIVERSIDE CA 92507

*$164.95 late fee may be charged after 04/16/2023*

*Please write clearly inside space provided*

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

SHELLPOINT MORTGAGE SERVICING
PO BOX 650840
DALLAS, TX 75265-0840

INTERNET REPRINT

**Important Notice:** Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing NMLS# 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to the credit reporting agencies, or requests for information should be send to the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following:
U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint Mortgage Servicing may charge a fee for processing payoff requests.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número **800-365-7107**.

If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

The deferred amount is due on your last mortgage payment date or earlier if you sell your home, refinance, or otherwise pay off your loan.

## Address, Phone, and Name Changes

Type of change (check all that apply)

**\*\*Please remember:**
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

_____ Address    _____Phone    _____Name**    _____Email Address

Your Account # _____    Social Security Number: _____

Old Borrower Name: _____    New Borrower Name: _____

Old Co-Borrower Name: _____    New Co-Borrower Name: _____

Borrower Signature: _____    Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day (_ _ _) _ _ _ - _ _ _ _    Evening (_ _ _) _ _ _ - _ _ _ _    Email Address _____

INTERNET REPRINT

# Go Paper**less**  Convenient. Safe. Free.

**Instant Notification** - We will notify you by email when your statement is available. Simply log in to view it.

**Always Available** - Access your statements anytime at www.shellpointmtg.com.

**Less Clutter** - Nothing to shred, nothing to file, nothing to pile. View statement history 24/7 online.

**Environmentally Friendly** - Online statements take fewer natural resources than paper statements.

**More Security** - When you go paperless, you reduce the risk of mail fraud and identity theft.



811-4044-0922F

Enroll in paperless statements by visiting our website at www.shellpointmtg.com today.

Online statements are convenient, secure, free and help you stay organized.

**How It Works**

• Enroll in paperless statements by visiting our website at www.shellpointmtg.com.
• Within 45 days, we will discontinue mailing paper statements.
• Statements are available in PDF format, which you can view, save, and print on demand.
• You may cancel at any time and resume paper statements.

Enroll in paperless statements today at www.shellpointmtg.com or call 1-800-365-7107 if you have questions or need assistance.

811-4045-0922B



# EXHIBIT D

2022-0284208
06/24/2022 12:00 PM Fee: $ 102.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
THALER LAW
Jesse J. Thaler SBN 278463
17011 Beach Blvd. Fl. 9
Huntington Beach, CA 92647

TEL NO.: (714)869-2900    FAX No. (optional):
E-MAIL ADDRESS *(Optional)*: jessejthaler@gmail.com

[x] ATTORNEY FOR    [x] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N Hill St, Los Angeles, CA 90012
MAILING ADDRESS: 111 N Hill St, Los Angeles, CA 90012
CITY AND ZIP CODE: 111 N Hill St, Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

448

FOR RECORDER'S USE ONLY

PLAINTIFF: Ryan Sturgeon and Benito Velazquez-Angel
DEFENDANT: BOBBY BORISOV et al

CASE NUMBER:
20STCV18952

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

1. The [x] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      BOBBY BORISOV
      13596 Hatcher Place
      Fontana, California 92336

   b. Driver's license no. [last 4 digits] and state:    [x] Unknown
   c. Social security no. [last 4 digits]:    [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

   BOBBY BORISOV 13596 Hatcher Place Fontana, California 92336

2. [x] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Ryan Sturgeon c/o Thaler Law
   17011 Beach Blvd. Fl. 9  Huntington Beach, CA 92647

   Date: 6-13-2022
   Jesse J. Thaler
   _____
   (TYPE OR PRINT NAME)

4. [x] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 747,479.86

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: 05-05-2022
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on *(date)*:
06/14/2022

Clerk, by M. Nguyen    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: Ryan Sturgeon and Benito Velazquez-Angel | COURT CASE NO.: |
|---|---|
| DEFENDANT: BOBBY BORISOV et al | 20STCV18952 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Benito Velazquez-Angel c/o Thaler Law
17011 Beach Blvd. Fl. 9
Huntington Beach, CA 92647

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. ____   Name and last known address ____
BB ENCORE INCORPORATED
13596 Hatcher Place
Fontana, California 92336

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
BB ENCORE INCORPORATED
13596 Hatcher Place
Fontana, California 92336

17. ____   Name and last known address ____
BB INVESTMENT HOLDINGS LLC
13596 Hatcher Place
Fontana, California 92336

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
BB INVESTMENT HOLDINGS LLC
13596 Hatcher Place
Fontana, California 92336

18. ____   Name and last known address ____
RB ENCORE INC
13596 Hatcher Place
Fontana, California 92336

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
RB ENCORE INC
13596 Hatcher Place
Fontana, California 92336

19. ____   Name and last known address ____
PERMANENT SUPPORTIVE HOUSING FOUNDATIONS
13596 Hatcher Place
Fontana, California 92336

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
PERMANENT SUPPORTIVE HOUSING FOUNDATIONS
13596 Hatcher Place
Fontana, California 92336

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

# EXHIBIT F

NEXUS BANKRUPTCY
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: (949) 312-1377
Fax: (949) 288-2054
*ben@nexusbk.com*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re:

BOBBY BORISOV,

       Debtor.

Case No.: 6:23-bk-11053-RB

Chapter 7

**DECLARATION OF BOBBY BORISOV RE: DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C §522(f) [REAL PROPERTY]**

## <u>DECLARATION OF BOBBY BORISOV</u>

I, Bobby Borisov, declare as follows:

1. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I am the owner of the property located at 7251 Stockyard Road, Riverside, California 92507 and have resided there continuously since June of 2019. Furthermore, I am a real estate broker with an active license from the California Bureau of Real Estate. Attached hereto is a true and correct copy of my licensure information and qualifications obtained from the website for the California Bureau of Real Estate.

3. I am familiar with the condition of the property and comparable sales in the area.

1

4. I have read the comparative market analysis prepared by Charles Le and I believe that it is an accurate determination of value.

5. Given that the real estate market has been relatively stable over the past year, I believe that the difference of value since March 19, 2023 has been negligible and the value of the Property then was no more than $795,000.

I declare under penalty of perjury under the laws of the United State and the State of California that the foregoing is true and correct.

Date: March 4, 2024

BOBBY BORISOV

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3090 Bristol Street #400
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/22/2024____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karl T Anderson (TR)    vinland@live.com, kanderson@ecf.axosfs.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 03/22/2024____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ryan Sturgeon & Benito Velazquez-Angel
c/o Jesse J. Thaler, Thaler Law
17011 Beach Blvd, Fl. 9
Huntington Beach, CA 92647

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/22/2024 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 3                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**