| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor* | **FILED & ENTERED**<br><br>**MAR 25 2024**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY hawkinso DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>BOBBY BORISOV,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 6:23-bk-11053-RB<br>CHAPTER: 7<br><br>**ORDER  ☒ GRANTING  ☐ DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

**Creditor Holding Lien to be Avoided** (*name*): **Ryan Sturgeon & Benito Velazquez-Angel**

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).
2. ☒ Notice of this Motion complied with LBR 9013-1(o).
    a. ☒ There was no opposition and request for hearing.
    b. ☐ Hearing requested and held as indicated in the caption.
3. ☐ Motion granted as set forth in the **Attachment** to this order.

"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.
"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

    a. ☐ Insufficient notice
    b. ☐ Insufficient evidence of the exempt status of the property in question
    c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
    d. ☐ Insufficient evidence of fair market value.
    e. ☐ Motion is incomplete.
    f. ☐ Other (*specify*):

5. ☐ The court further orders as follows (*specify*):

    ☐ See attached page

###

Date: March 25, 2024

*[Signature: Magdalena Reyes Bordeaux]*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                Page 2                **F 4003-2.1.AVOID.LIEN.RP.ORDER**

# ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer: Ryan Sturgeon & Benito Velazquez-Angel**

2. **Subject Lien:** Date (*specify*): **5/24/2022** and place (*specify*) of recordation of lien (specify): **Official Records of Riverside County**; Recorder's instrument number or document recording number: **2022-0284208**

    3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording:

    Street address: **7251 Stockyard Road, Riverside, CA 92507**

    Legal description: **Lot 87 of Tract No. 29598, in the unincorporated area of the County of Riverside, State of California, as filed in Book 457, Pages 51 through 65 of Maps, in the office of the County Recorder of said County ("Map")**

    ☐ See attached page.

4. **Secured Claim Amount**
    a. Value of Collateral: …………………………………………………………………… **$795,000.00**
    b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
        (1) First lien: ………………………………………… (**$475,465.57**)
        (2) Second lien: ……………………………………… ($_____)
        (3) Third lien: ………………………………………… ($_____)
        (4) Additional senior liens (*attach list*): ………………… ($_____)
    c. Amount of Debtor's exemption(s): …………………………… (**$615,000.00**)
    d. Subtotal: ……………………………………………………………………………. (**$1,090,465.57**)
    e. Secured Claim Amount (negative results should be listed as -$0-): **-$0-**

    Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid *pro rata* with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 3    **F 4003-2.1.AVOID.LIEN.RP.ORDER**